**Kamran ALGILANI, Plaintiff–Appellant,**

v.

**TEXAS DEPARTMENT OF INSURANCE DIVISION OF WORKERS COMPENSATION; Albert Betts, Executive Director of Texas Department of Insurance, Division of Workers' Compensation; William C. Nemeth MD, Medical Quality Review Panel Director, Defendants–Appellees.**

No. 06–10993
Summary Calendar.

United States Court of Appeals,
Fifth Circuit.

June 28, 2007.

Brenda E. Brockner, Office of Attorney General, General Counsel, Austin, TX, for Defendants–Appellees.

Before JOLLY, DENNIS, and CLEMENT, Circuit Judges.

PER CURIAM: *

Prior to the filing of appellate briefs, this court instructed the parties to brief the issue of the timeliness of the plaintiff's notice of appeal filed on September 12, 2006. In the reply brief, Algilani concedes that the notice of appeal was not timely filed and that this jurisdictional issue is dispositive.

Rule 4 of the Federal Rules of Appellate Procedure requires that, in the absence of special circumstances not relevant here, the notice of appeal "must be filed with the district clerk within 30 days after the judgment or order appealed from is entered." FED. R.APP. P. 4(a)(1)(A). "A timely filed notice of appeal is an absolute prerequisite to this court's jurisdiction." *Moody Nat'l Bank of Galveston v. GE Life & Annuity Assurance Co.*, 383 F.3d 249, 250 (5th Cir. 2004).

Algilani's appeal is DISMISSED for lack of jurisdiction.

---

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.